**[J-71-2025]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| BALFOUR BEATTY COMMUNITIES, LLC AND AETC HOUSING, LP, | : | No. 69 EAP 2024 |
| | : | |
| | : | Appeal from the Order of the |
| Appellees | : | Superior Court at No. 149 EDM |
| | : | 2023 entered on October 26, 2023, |
| | : | denying the petition for permission |
| v. | : | to appeal the Order of the |
| | : | Philadelphia County Court of |
| | : | Common Pleas at No. 201000586, |
| PENN PATRIOT INSURANCE COMPANY, | : | entered on August 14, 2023. |
| | : | |
| Appellant | : | ARGUED:  September 11, 2025 |

## ORDER

**PER CURIAM**                                    **DECIDED: December 19, 2025**

**AND NOW**, this 19th day of December, 2025, the appeal is **DISMISSED** as having been improvidently granted.

Justice Brobson files a concurring statement in which Justices Donohue, Dougherty and McCaffery join.

Justice Mundy files a concurring statement in which Chief Justice Todd and Justice Wecht join.